IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 2:12-CR-00026-RWS |
| EDWARD TREISBACK, : | |
| : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [35] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation and Defendant's Objections [37] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Renewed Motion to Dismiss for Speedy Trial Violation [16] is **DENIED**.

**SO ORDERED** this   14th   day of May, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)